## EXHIBIT A

1) 1000 Waterview Dr. LLC

2) 1031 Main Street Investment, LLC

3) 141 Park Associates, LLC

4) 16 Ringwood Avenue Funding Associates

5) 1st 2nd Mortgage CO. of NJ, Inc.

6) 1st Alliance Lending, LLC

7) 1st Bank of Sea Isle City

8) 1st Bridge, LLC

9) 1st Colonial Community Bank

10) 1st Constitution Bank

11) 1st Fidelity

12) 2010-1 CRE Venture

13) 206 South East Avenue, LLC

14) 21st Mortgage Corporation

15) 2818 Kennedy, LLC

16) 285 Somerset Street LLC

17) 331 Millburn Investors, LLC

18) 3rd Federal Bank

19) 4809 Church  Avenue Realty Corp.

20) 65 Realty Management, LLC

21) 75 Grove, Inc.

22) 8-10 Evergreen ,LLC

23) 96 Oak Street Lender, LLC

24) A to Z Real Estate, LLC

25) Aames Funding Corporation DBA Aames Home Loan

26) ABACUS Federal Savings Bank

27) ABCO Federal Credit Union

28) ABM Holdings, LLC

29) ABN AMRO Mortgage Group, Inc.

30) Accredited Home Lenders, Inc.

31) ACF JC, LLC

32) ACM Browncroft Trust

33) Acquired Capital II, LP

34) ACT Properties, LLC

35) Active Realty Company, Profit Sharing Trust

36) Actlien Management, LLC

37) Actlien Runoff, LLC

38) Adhy Advisors LLC

39) Admirals Bank

40) Advance Bank

41) Advanced Financial Services Federal Credit Union

42) Advantage Assets II, Inc.

43) Advantage Mortgage Group

44) Advise Personnell, Inc.

45) Aegon Blue, LLC

46) Aerogroup Enterprise, LLC

47) AF Realty Enterprises, LLC

48) Affiliated Mortgage Company

49) Affinity Federal Credit Union

50) AJM Capital, LLC

51) AJX Mortgage Trust 1

52) Alaska Seaboard Partners, LP

53) Aleda Holdings LLC

54) All Star Financial Corp.

55) Allegiance Community Bank

56) Alliant Credit Union

57) Allquest Home Mortgage Corporation

58) Ally Bank

59) Altisource Residential LP

60) ALTRA Federal Credit Union

61) Amalgamated Bank

62) Amboy Bank, f/k/a Amboy National Bank

63) AMC Financial Holdings, Inc.

64) Amelia Associates

65) Amerco Real Estate Company

66) American Acquisition Property IV, LLC

67) American Airlines Federal Credit Union

68) American Finance House Lariba

69) American Financial Resources

70) American Finasco Inc.

71) American General Financial Services, Inc.

72) American Heritage Federal Credit Union

73) American Home Mortgage Servicing, Inc.

74) American Neighborhood Mortgage Acceptance Company,
LLC

75) American Tax Funding, LLC

76) America's Christian Credit Union

77) AmeriChoice Federal Credit Union

78) Ameriprise Bank, FSB

79) Ameriquest Mortgage Company

80) Amos Financial LLC

81) Amtrust Bank

82) Amtrust-NP SFR Venture, LLC

83) Anastasiades 2013 Trust

84) Anel, LLC

85) Antos Lending Associates Corporation

86) APCI Federal Credit Union

87) Apex Mortgage Corporation

88) Apple 25, LLC (Astoria Fed. Mort. Corp.)

89) Apple Bank for Savings

90) Arch Bay Holdings, LLC - Series 2010B

91) Ardex LP

92) Argent Mortgage Company, LLC

93) Arianna Holding Company, LLC

94) Aries Investments, LLC

95) Arlington Equities, LLC

96) ARLP Trust

97) Arrow Financial Services, LLC

98) Arrowgate at Randolph CAI

99) AS LETO LLC

100)      Asia Bank, NA

101)      Aspen NPL 1, LLC

102)      Aspire Federal Credit Union

103)      Asset Management Holdings, LLC

104)      Asset Management West, LLC

105)      Asset Recovery 23, LLC

106)      Assets Recovery Center Investments, LLC

107)      Associated Assets, LLC

108)      ASTAR Finance, LLC

109)      Astor Properties, LLC

110)      Astoria Bank

111)      Atalaya Asset Income Fund II, LP

112)      ATF, LLC (Harris Nesbett as SP)

113)      Atlantic Federal Credit Union

114)      Atlantic First Title CO.

115)      Atlantic National Trust LLC

116)      Atlantic Pacific Mortgage Company

117)      Atlantic Stewardship Bank

118)      Atlantis Capital, Inc.

119)      ATS-1 Corp.

120)      Audobon Savings Bank

121)      Aurora Financial Group, Inc.

122)      Aurora Loan Services, LLC

123)      Automotive Finance Corp.

124)      AVB Investments, LLC

125)      Avelo Mortgage, LLC

126)      BAC Home Loan Servicing, LP

127)    Banamex USA, fka Citibank

128)    Banc of America Funding Corporation

129)    Banc of California, NA

130)    BANCO Popular North America

131)    Bancorp Bank

132)    Bank of America, NA

133)    Bank of New York

134)    Bank of New York Mellon

135)    Bank of Oklahoma

136)    Bank of the West

137)    Bank One National Bank

138)    Bank United

139)    Barclays Capital Real Estate, Inc.

140)    Basad Properties Limited Company

141)    BASF Corporation

142)    Baxter Credit Union

143)    Bay Atlantic Federal Credit Union

144)    Bayview Loan Servicing, LLC

145)    BCB Community Bank

146)    BCP Holdings (USA), Inc.

147)    Beal Bank S.S.B.

148)    Beara Capital LLC

149)    Beck Acquisitions, LLC

150)    Beltway Capital, LLC

151)    Benchmark N.J. Acquisition, LLC

152)    Benefical Mutual Savings Bank

153)    Beneficial Bank

154)    Beneficial New Jersey, Inc (Beneficial Mortgage Company)

155)    Best Capital Funding Corporation

156)    Bethex Federal Credit Union

157)    Bethpage Federal Credit Union

158)    Biscoe Finance, LLC

159)    Bismark Mortgage Company, LLC

160)    Black Rock Holdings, LLC

161)    Blackburne & Brown Mortage Fund I

162)    Blauvelt Associates, LLC

163)    BLB Trading, LLC

164)    Blue Asset Management Pool 1, LLC

165)    Blue Asset Management Pool 2, LLC

166)    BMR Funding, LLC

167)    BMW Financial Services NA, LLC

168)    BNB Bank National Association

169)    BNB Hana Bank, N.A.

170)    BOFI Federal Bank

171)    Bogota Savings Bank

172)    Boiling Springs Savings Bank

173)    Boss Lady Investments, LLC

174)    Boston Investors Group, Inc.

175)    Bota Investments LLC

176)    Bradshaw Properties, LLC

177)    Branch Banking and Trust Company

178)    Bridgefriends, LLC

179)    Bridgepoint Holdings, LLC

180)    Brinkerhoff Realty, LLC

181)    Broadwalk Property Associates, LLC

182)    Brophy & Martin Dev., LLC

183)    Brown Bark III, LP

184)    Brunswick Bank & Trust

185)    BSRT 2003-07, Bank of New York

186)    Buckingham at Norwood

187)    Bucks Financial V, LLC

188)    Business Loan Center, LLC

189)    C & M Shade Corp.

190)    Cacv of New Jersey, LLC

191)    Cadence Bank

192)    Caliber Home Loans, Inc.

193)    Camden Empowerment Zone Corp.

194)    Camden Renaissance Acquistions & Properties, LLC

195)    Canopy Income Fund, LP

196)    Canwood Capital, LLC

197)    Cape Bank

198)    Capital Bank of New Jersey

199)    Capital One, NA

200)    Capstone WAB, LLC

201)    Carmike Holding I, LLC

202)    Carolina Brokerage Company of Westend

203)    Carrington Mortgage Services, LLC

204)    Carver Federal Savings Bank

205)    Case Real Estate Funding, LLC

206)    Castle Peak 2011-1 Loan Trust

207)    Castle Peak 2012-1 Loan Trust

208)    Cathay Bank

209)    CBC Customhouse Brokers, Inc.

210)    CBS Outdoor Inc.

211)    CCJ Global Trading, LLC

212)    CCTS Camden Opportunity Fund, LLC

213)    CCTS Tax Liens I, LLC

214)    Cenlar FSB

215)    Center City Properties, LLC

216)    Central Jersey Bank, N.A.

217)    Central Mortgage Company

218)    Central Penn Capital Management, LLC

219)    Century Savings Bank

220)    Chafia Real Estate Fund I, LLC

221)    Champion Mortgage Company
222)    Channel Properties, LLC
223)    Charles Schwab Bank, N.A.
224)    Charter One, division of RBS Citizens, N.A.
225)    Chase Home Finance, LLC
226)    Chase Manhattan Mortgage Company
227)    Chateau Holdings, LLC
228)    Cherco Development Corp.
229)    Cheron Holdings, LLC
230)    Chestnut Properties, LLC
231)    Chevron Federal Credit Union
232)    Chevy Chase Bank, FSB
233)    China Shipping Agency, Inc.
234)    China Trust Bank (U.S.A.)
235)    Chinatown Federal Savings Bank
236)    Chiri Acquisition, LLC
237)    Christiana Trust
238)    ChurchLoans.com, LLC
239)    Ciena Capital Funding, Inc.
240)    Circle S. Partners, L.P.
241)    CIT Bank, N.A.
242)    CIT Small Business Lending Corporation
243)    Citi Structure, LLC
244)    Citibank, NA
245)    Citibank, NA as Trustee
246)    Citicorp Trust Bank, FSB
247)    CitiFinancial Servicing LLC
248)    CitiGroup Global Markets Realty Corporation
249)    Citimortgage, Inc.
250)    Citizens Bank of Pennsylvania
251)    City National Bank of New Jersey
252)    CJ Financial Associates, LTD

253) CJG Properties, LLC
254) Clarkson Realty LLC
255) Clearview Equities, LLC
256) Clearview Federal Credit Union
257) Clearvue Opportunity XV, LLC
258) Clemente Enterprises, LLC
259) Clifton Savings Bank
260) CM REO Trust
261) Coastal Financial, LLC
262) Coca Cola Enterprises Inc.
263) Cole Taylor Bank
264) Colonial Bank
265) Colonial Savings, F.A.
266) Colorado Capital Investments
267) Colorado Federal Savings Bank
268) Columbia Bank
269) Columbia Equities, LTD
270) Columbia Savings Bank
271) Commerce Bancorp
272) Commerce Bank/Shore, N.A.
273) Commercial Bank
274) Commercial Funding Group, LLC
275) Commerical Mortgage Investors, LLC
276) Committee of Managers of Llewellyn Park
277) Commonwealth United Mortgage
278) Community Bank of Bergen County, N.J.
279) Community Capital, LLC
280) Community First Bank
281) Community Loan Fund of New Jersey, Inc.
282) Community Stabilization Group, LLC
283) Compass Bank
284) Conestoga Bank

285)      Connectone Bank

286)      Consumer Solutions 3, LLC

287)      Consumer Solutions, LLC

288)      Consumers Federal Credit Union

289)      Contemporary Realty Trust

290)      Continental Bank

291)      Cooper Electric Supply Co.

292)      Cooperative Business Assistance  Corp.

293)      Copperfield Investments, LLC

294)      Corinthian Mortgage Corporation

295)      Cornerstone Bank

296)      Corning Federal Credit Union

297)      Corporation for Supportive Hosuing

298)      Costain Properties, LLC

299)      Country Financial Services, Inc.

300)      Countrywide Bank, FSB

301)      Countrywide Home Loans, Inc.

302)      County Educators Federal Credit Union

303)      CPCA Trust I

304)      CP-SRMOF II 2012-A Trust

305)      Credigy Receivables, Inc.

306)      Credit Based Asset Servicing and Securitization

307)      Credit Union of New Jersey

308)      Crest Savings Bank

309)      Crimson Consulting, LLC

310)      CRO Capital Fund I, LLC

311)      Crosby Capital USA, LLC

312)      Crosscountry Mortgage, Inc.

313)      Crown Bank, FSB

314)      Crusader Servicing Corporation

315)      CSB Realty Corp.

316)      CSFB 1999-C1 Maple Avenue Office, LLC

317)  CSMC 2007-C3 Passaic Lodging, LLC
318)  CSMC Mortgage-Backed Pass-Through
319)  CTS Financial, LLC
320)  CTX Mortgage Company, LLC
321)  Culmac Investors, LLC
322)  Cumanet, LLC
323)  Customers Bank
324)  CV XXIII, LLC
325)  DB50 2011-1 Trust
326)  Deepwater Industries Federal Credit Union
327)  Delanco Federal Savings Bank
328)  Delaware Federal Credit Union
329)  Delaware Strategies Fund II
330)
331)  Deutsche Bank National Trust Company, as
     Trustee
332)  Digital Federal Credit Union
333)  Dime Community Bank
334)  Discover Bank
335)  DiTech Financial, LLC
336)  Dixie Trust 2013-2 (Delaware Statutory Trust)
337)  DKR Mortgage Asset Trust I
338)  DLJ Mortgage Capital, Inc.
339)  DNB First, N.A.
340)  Dollar Bank, FSB
341)  Downey Savings and Loan Association, ETC.
342)  Ducat 2008, LP
343)  E*Trade Bank
344)  E.R. Holdings, LLC
345)  EAMA Capital, LLC
346)  East West Bank
347)  Eastcoast Financial

348)   Eastern Savings Bank

349)   ECP Northest, LLC

350)   EH National Bank, f/k/a Excel National Bank

351)   EIB Property, LLC

352)   Elberon Development Corporation

353)   Elizon Master Participation Trust I

354)   Embrace Home Loans Inc.

355)   EMC Mortgage Corp.

356)   EMC Mortgage LLC

357)   Emerald Creek Capital, LLC

358)   Emerald Investment Real Estate, LLC

359)   Emerem Trading Co., Inc.

360)   Emigrant Mortgage Company, Inc.

361)   Emigrant Residential, LLC

362)   Empiera, LLC

363)   Empire State Bank

364)   Empire Tax Fund III, LLC

365)   Empire TF5 Jersey Holdings, LLC

366)   Employers Reassurance Corporation

367)   Encore Fund Trust 2013-1

368)   Energy One Federal Credit Union

369)   Englewood Funding, LLC

370)   Enterprise National Bank N.J.

371)   EnvironFinance Group, LLC

372)   Equicredit Corporation of America

373)   EquiCredit Corporation of NJ

374)   Equihome Mortgage Corporation

375)   Equipment Depot LTD

376)   Equity 1 Solution, LLC

377)   Equity Now, Inc.

378)   Equity Source Home Loans, LLC

379)   Equity Trust Company

380)     Erin Capital Management, LLC

381)     Eris Capital, LLC

382)     ESB-B/Q Holdings, LLC

383)     ESBBW Holdings, LLC

384)     ESB-LI Holdings, LLC

385)     Everbank

386)     Everhome Mortgage

387)     EYYA Realty Corp.

388)     F.E.S. Realty Co., Inc.

389)     Fablev, LLC

390)     Fairview Investment Fund I, LLC

391)     Fannie Mae

392)     Farm Credit East, ACA

393)     FCDB SNPWL Trust

394)     FCOF Madison Executive, LLC

395)     Federal Home Loan Mortgage Corporation

396)     Federal National Mortgage Association

397)     Fedex Freight West

398)     Fedway Associates, Inc.

399)     FIA Card Services, N.A.

400)     Fidelity Bank

401)     Fidelity National Title Insurance Company

402)     Fifth Third Mortgage Company

403)     Financial Freedom Acquistion, LLC

404)     Financial Freedom Senior Funding Corporation

405)     Financial Resources Federal Credit Union

406)     First American Funding, LLC

407)     First American International Bank

408)     First Atlantic Federal Credit Union

409)     First Bank

410)     First Bank Richmond

411)     First Bergen Capital, LLC

412)     First Central Savings Bank

413)     First Choice Bank

414)     First Columbia Acceptance Corp.

415)     First Cornerstone Bank

416)     First Diamond Realty LLC

417)     First Equity Assets I-A, LLC

418)     First Equity Assets II, LLC

419)     First Equity Investments, LLC

420)     First Federal Bank of Florida

421)     First Fidelity Bank

422)     First Financial Bank

423)     First Financial Federal Credit Union

424)     First Franklin Financial Corporation

425)     First Hope Bank

426)     First Horizon Home Loans

427)     First Jersey Credit Union

428)     First Madison Loan Services, LLC

429)     First Mutual Corporation

430)     First National Bank of Arizona

431)     First National Bank of Pennsylvania

432)     First Niagara Bank

433)     First Oro Valley Trust

434)     First Pioneer Farm Credit, ACA

435)     First Platinum Capital Corp.

436)     First Republic Bank

437)     First Roosevelt, LLC

438)     First Savings Bank of Perkasie

439)     First State Bank

440)     First Tennessee Bank, NA

441)     First Trust Bank

442)     First Union Mortgage Corporation

443)     First Union National Bank

444)     Flagship Interval Association
445)     Flagstar Bank, FSB
446)     Fleet National Bank
447)     Flushing Bank
448)     Flushing Savings Bank, FSB
449)     FNA Jersey Lien Services LLC
450)     FNBN 1, LLC
451)     Forino Investments, LLC
452)     Fort Lee Realty, LLC
453)     Fox Chase Bank
454)     Franklin American Mortgage Company
455)     Franklin Bank
456)     Franklin Credit Management Corp.
457)     Franklin Vnture LLC
458)     Free East Windsor, LLC
459)     Freedom Mortgage Corporation
460)     Freehold Savings and Loan Association
461)     Freehold Savings Bank
462)     Fremont Investment and Loan
463)     Fremont Reorganizing Corporation
464)     Frisa I, LLC
465)     FRT 2011-1 Trust
466)     FT Properties, LLC
467)     Fudsl & Associates, LP
468)     Fulton Bank of New Jersey
469)     FUMCO, LLC
470)     FV-1 Inc. in Trust for Morgan Stanley
471)     Garden Savings Federal Credit Union
472)     Garden State Ventures, LLC
473)     Garside Associates, LLC
474)     Gasparro & Gasparro(p), LLC
475)     Gateway Bank, FSB

476)   Gateway Funding Diversified Mortgage Services, LP

477)   GCCFC 2003-C2, American Road, LLC

478)   GCCFC 2006-GG7 Tonnelle Avenue, LLC

479)   GCF Bank

480)   GDBT 1 Trust 2011-1

481)   GE Capital Mortgage Services, Inc.

482)   GECCMC 3003-C1 Evesham Road, LLC

483)   Gelt Financial Corporation

484)   Generation Mortgage Company

485)   Genesis Union City, LLC

486)   Genisys Credit Union

487)   Genworth Financial Home Equity Access, Inc.

488)   Geoffery Allen Corp.

489)   Gibraltar Savings Bank, FSB

490)   Glen Rock Savings Bank

491)   Global Financial, LLC

492)   Glouster County Federal Savings Bank

493)   GMAC Mortgage, LLC

494)   GMAT Legal Title 2013-1, U.S. Bank

495)   Goldman Sachs Mortgage Company

496)   Goshen Mortgage LLC

497)   Grand Bank, N.A.

498)   Grand Pacific Finance Corp.

499)   Grant Avenue Investors, LLC

500)   Gravel Hill Road Associates, LLC

501)   Graystone Town Bank

502)   Great Ajax Operating Partnership LP

503)   Greater Alliance Federal Credit Union

504)   Greater Paterson Properties, LLC

505)   Green Family Associates, LP

506)   Green Mountain Finance Fund, LLC

507) Green Planet Servicing, LLC

508) Green Tree Servicing, LLC

509) Greenbriar Association, Inc.

510) Greenpoint Mortgage Funding

511) Greenport Mortgage Funding, Inc.

512) Greenspan Family Holdings

513) Greenwich Capital Acceptance, Inc.

514) GRP Loan, LLC

515) GSAA Home Equity Trust 2006-1

516) GSL Savings Bank

517) GSMPS Mortgage Loan Trust 2005-RP3, Mortgage

518) GSMPS Mortgage Loan Trust 2006-RP1

519) Guarenteed Rate, Inc.

520) Gulf Coast Bank and Trust Company

521) Gulfstream Capital Corporation

522) Gwinnett Community Bank

523) H&E Telephone Federal Credit Union

524) H&R Block Bank

525) HABIB American Bank

526) Habitat for Humanity of Salem County, Inc.

527) Haddon Savings Bank

528) Hamilton Horizons Federal Credit Union

529) Hana Small Business Lending, LLC

530) Hanam Capital Corporation

531) Hardy Credit CO. (Pennsylvania LP)

532) Harmony Bank

533) Harrison Police & Firemen's FCU(Federal Credit
Union)

534) Hartford Funding

535) Harvest Community Bank

536) Haven Savings Bank

537) Havestock Inc.

538)    Hayden Asset II, LLC

539)    Healthcare Employees Federal Credit Union

540)    Heart of Camden, Inc.

541)    Heide Corporation

542)    Heritage Community Bank

543)    High Note Trust

544)    Highland Capital Group, LLC

545)    Highlands State Bank

546)    Hillary Step Acquisition, LLC

547)    HLR Federal Credit Union

548)    Home Loan Investment Bank

549)    Homebridge Financial Services, Inc.

550)    Homecomings Financial, LLC

551)    Homevestors Investments, Inc.

552)    Homeward Residential, Inc.

553)    Hopewell Valley Community Bank

554)    Household Finance Corporation

555)    HRB Mortgage Holdings, LLC

556)    HSBC BANK USA as Trustee

557)    HSBC Bank USA National Association

558)    Hudson City Savings Bank

559)    Hudson Valley Federal Credit Union

560)    Huntington Mortgage Company

561)    Huntington National Bank

562)    Huskies Trust 2013-1

563)    Idy Weiss Irrevocable Trust

564)    IMPAC Funding Corporation

565)    Improvement Investors Group, Inc.

566)    Independence Associates, LLC

567)    Independent Mortgage Company

568)    INDUS American Bank

569)    Industrial Bank of Korea

570)    IndyMac Bank, FSB

571)    IndyMac Venture, LLC

572)    ING Bank, FSB

573)    INOVA Federal Credit Union

574)    Integra Realty Resources Atlantic Coast

575)    Interstate Intrinsic Value Fund A, LLC

576)    Interstate TD Investments, LLC

577)    Intervest National Bank

578)    Investors Bank

579)    Investors Savings Bank

580)    ISERVE Residential Lending, LLC

581)    ISN Bank

582)    ISUCHIN Corporation

583)    Ittleson Lee Cleaners 2011 LLC

584)    IWO Inc.

585)    Izushin Corporation

586)    J.P. Morgan Mortgage Acquisition Corp.

587)    J.P.O Enterprises, LLC

588)    Jack Silverman Realty & Mortgage Co., LLC

589)    Jaffe Spindler Company, LLC

590)    Jamen Properties Inc.

591)    James B. Nutter and Company

592)    Janel Newton Ventures, LLC

593)    Java Holdings, Inc.

594)    JB Funding, LLC

595)    JD RE & TSC Holdings, LLC

596)    JDM Holdings, LLC

597)    jefferson-Pilot Investments, Inc.

598)    Jeremy Doppelt Realty Management, LLC

599)    Jersey First Financail Holdings, LLC

600)    Jersey Shore Federal Credit Union

601)    Jersey Trades Federal Credit Union

602)    JKG Financing, Inc.

603)    JNH Funding Corp.

604)    JP Morgan Chase Bank, NA

605)    JP Morgan Mortgage Acquistion Corp.

606)    JPMC Specialty Mortgage LLC

607)    Juniper Reo 2013, LLC

608)    K2 Investment Group, LLC

609)    Kahr Prospect Partners, LLC

610)    Kay Mortgage Co., LLC

611)    KC Construction and Consulting Inc.

612)    Kearny Federal Savings Bank

613)    Kennedy Concrete Inc.

614)    KES Development Corporation

615)    Keystone Business Credit, LLC

616)    KKR Holdings L.L.C.

617)    KMJ Partners, LLC

618)    Konark Development, LLC

619)    Kondaur Capital Corporation

620)    L.E.M. Financial, Inc.

621)    L.T. Asset Recovery, Inc.

622)    Lake Equipment Leasing, Inc.

623)    Lakeland Bank

624)    Lakeview Loan Servicing

625)    Lakewood Cheder Funding, LLC

626)    Lambda Financial Services Corp.

627)    Land Holding LLC

628)    Landmark Capital Investments, Inc.

629)    Landmark Community Bank

630)    LaSalle Bank National Association, as Trustee

631)    Lawerence R. McCoy & Co., Inc

632)    Law-Purwin Investment Group

633)    LBUBS 2001-C3 Retail 217, LLC

634)    LBUBS 2006-C1 Office at 1515, LLC

635)    LCP N.J. II, LLC

636)    Leaf Funding, Inc.

637)    Lebanon Seaboard Corporation

638)    Lehman Brothers Bank, FSB

639)    Lehman Brothers Holdings, Inc.

640)    Lehman Mortgage Trust

641)    Lehman XS Trust Mortgage

642)    Lenox Hill Investors, LLC

643)    Lex Special Assets, LLC

644)    LGF Holdings, LLC

645)    Liberty Bell Bank

646)    Liberty Home Equity Solutions, Inc.

647)    Liberty Pointe Bank

648)    Liberty Re Asset Holdings, LLC

649)    Liberty State Credit, Inc.

650)    Lien Times, L.L.C.

651)    Lincoln Park Savings Bank

652)    Linda Funding, LLC

653)    Lineliv, LP

654)    Litton Loan Servicing, LP

655)    Live Well Financial

656)    Llewellyn-Edison Savings Bank

657)    LLP Mortgage LTD

658)    LNV Corporation

659)    Loancare, a Division of FNF Servicing, Inc.

660)    LoanDepot.com, LLC

661)    Logan Meadows, LLC

662)    Longview at Montville Association, Inc.

663)    LOP Capital, LLC

664)    Los Angeles National Bank

665)    LPP Mortgage LTD.

666)    LRL LLC
667)    LSF6 Mercury REO Investments, LLC
668)    LSF6 MRA REO Trust
669)    LSF7 Bermuda NPLII Trust
670)    LSF8 Master Participation Trust
671)    LSF9 Master Participation Trust
672)    LSREF2 Clipper III, as assignee of JP Morgan Chase
673)    LT Asset Recovery LLC
674)    LTD Acquisitions, LLC
675)    Lunar Invesments, LLC
676)    Lusitania Savings Bank
677)    LVP WVCT LLC
678)    LyCar Advisory Services, LLC
679)    Lyndhurst General Services, LLC
680)    LYNX Asset Services, LLC
681)    Lysar Financial Services, Inc.
682)    M & T Bank
683)    M&D TSC, LLC
684)    M&T Bank
685)    M&T Mortgage Corporation
686)    MACWCP II, LLC
687)    Magill Real Estate Holdings, LLC
688)    Magyar Bank
689)    Main and Glen Associates, LLC
690)    Main Street Acquistion Corp.
691)    Malvern Federal Savings Bank
692)    Manasquan Savings Bank
693)    Manchester Capital, LLC
694)    Manufacturers and Traders Trust Company
695)    MAP Investment Company
696)    Marez Realty, Inc.
697)    Marina District Development CO., LLC

| | |
|---|---|
| 698) | Mariner's Bank |
| 699) | Marriott Ownership Resorts, Inc. |
| 700) | Marus Partners, LTD |
| 701) | MASTR Adjustiable Rate Mortgages |
| 702) | MASTR Alternative Loan Trust 2004-2 Mortgage |
| 703) | Matrix Financial Services Corp. |
| 704) | Matthews International Corporation |
| 705) | Maxwell Hunter, LLC |
| 706) | MB Financial Bank |
| 707) | MBNA America Bank |
| 708) | MCBPhoenix, LLC |
| 709) | McCormick 105, LLC |
| 710) | McCormick 106 LLC |
| 711) | McCormick 110 LLC |
| 712) | MD SASS Municipal Finance Partners-IV, LLC |
| 713) | MD SASS Municipal Finance Partners-V, LLC |
| 714) | MDG, LLC |
| 715) | MDWITT LLC |
| 716) | Mehm-Ari, LLC |
| 717) | Mek Mortgage, LLC |
| 718) | Member Mortgage Services Limited |
| 719) | Merck Employees Federal Credit Union |
| 720) | Merokee Investors Group, Inc. |
| 721) | Merrill Lynch Credit Corporation |
| 722) | Merrill Lynch Mortgage Investors Trust |
| 723) | Metcalf Bank |
| 724) | Metlife Home Loans |
| 725) | Metro Bank |
| 726) | Metropolitan Life Insurance Company |
| 727) | Metropolitan Service Federal Credit Union |
| 728) | Metuchen Investment Corp. |
| 729) | Metuchen Savings Bank |

730)    MFC HOLDCO, LLC

731)    MFC Jennings Gateway, LLC

732)    Michael Weiner MD PA Profit Sharing Plan

733)    Midcountry Bank

734)    Midfirst Bank

735)    Mid-Island Mortgage Company

736)    Midland Funding, LLC

737)    Midwest Business Capital

738)    Midwest Loan Services

739)    Milestone Investment Partners, LLC

740)    Millenium BCP Bank

741)    Millington Savings Bank

742)    Millville Savings and Loan Association

743)    MJC Portfolio Management, LLC

744)    MKM Holdings, LLC

745)    MLD Mortgage, Inc.

746)    MMA Holding, LLC

747)    MMS Mortgage Services, LTD

748)    MON OC Federal Credit Union

749)    Mone Corporation

750)    Monroe Savings Bank SLA

751)    Monticello Properties, LLC

752)    Monument Street Funding-II, LLC

753)    Monumental Bank

754)    Moore Street Associates

755)    Mooring Tax Asset Group, LLC

756)    MOREQUITY, Inc.

757)    Morgan Stanley Mortgage Loan

758)    Morris County Realty

759)    Mortgage Corner, LLC

760)    Mortgage Electronic Registration Systems, Inc.

761)    Motion Federal Credit Union

762)    Mountainside Section Condominium Council

763)    MRH Sub I, LLC

764)    MSCI 2006-IQ11 Pennsville Center, LLC

765)    MTAG CUST Alterna Funding I, LLC

766)    MTGLQ Investors, L.P.

767)    Muhn Halstead Management, LLC

768)    Mulhern Belting Inc.

769)    Municipal Credit Union

770)    My Way Funding Corp.

771)    NAD Ascquisition 3, LLC

772)    National Capital Management, L.P.

773)    National City Bank

774)    National City Mortgage, Co.

775)    National City Real Estate Services, LLC

776)    National Collegiate Student Loan Trust 2005-3

777)    National Penn Bank

778)    Nationstar Mortgage, LLC

779)    Nautilus Capital, LLC

780)    Navy Federal Credit Union

781)    NBC (NY) Employees Federal Credit Union

782)    NCC Holdings, LLC

783)    NEPCO Fund V, LLC

784)    Neptune Issue, Inc.

785)    New Century Bank

786)    New Century Financial Services, Inc.

787)    New Horizons Credit Union Inc.

788)    New Jersey Boardwalk Lien Investments, LLC

789)    New Jersey Community Capital Fund #1, LLC

790)    New Jersey Equitable Realty Co.

791)    New Jersey Home Constructions, Inc.

792)    New Jersey Housing and Mortgage Finance Agency

793)    New Millennium Bank

794)    New Penn Financial, LLC

795)    New Residential Mortgage Loan Trust 2014-NPL1

796)    New York Commercial Bank

797)    New York Community Bank

798)    New York Life Insurance and Annuity Corporation

799)    New York Mortgage Trust Inc.

800)    NewBank

801)    Newbury Place REO II, LLC

802)    Newell Funding, LLC

803)    Newfield National Bank

804)    Newlands Asset Holding Trust

805)    NEWTEK Small Business Finance, Inc.

806)    NJ Gateway Federal  Credit Union

807)    NJ Metromall Urban Renewal Inc.

808)    NJ Premier Partners, LLC

809)    NJM Bank, FSB

810)    NJTD4 Investment Group, LLC

811)    Noah Bank

812)    Norris Sales Co., Inc.

813)    North American Savings Bank, FSB

814)    North Bright Capital, LLC

815)    North Fork Bank

816)    North Jersey Community Bank

817)    North Jersey Federal Credit Union

818)    North Rock Trust

819)    North Star Capital Acquistion, LLC

820)    Northeast Community Bank

821)    Northern Jersey Reserve Supply

822)    Northfield Bank

823)    Northwest Federal Credit Union

824)    Norwest Mortgage, Inc.

825)	Nova Bank
826)	NOVA Savings Bank
827)	Novartis Federal Credit Union
828)	Novastar Mortgage, Inc.
829)	NRZ Pass Through IV, U.S. Bank
830)	NTL Capital, LLC
831)	NVE Bank
832)	NYA Investments Group, Inc.
833)	NYCB Mortgage Company, LLC
834)	Oak Crest Association
835)	Oak Tree Equities, LLC
836)	Ocean City Home Bank
837)	Ocean First Bank
838)	Ocean II, LLC
839)	Oceanfirst Bank

840)	Old Bergen Enterprises, LLC
841)	Old Republican National Title Insurance Company
842)	OLMEC Holdings, LLC
843)	Onewest Bank, FSB
844)	Onyx Capital, LLC
845)	Onyx Leasing Systems, Inc.
846)	OPPSERO LLC, a Delaware LLC
847)	Option One Mortgage Corporation
848)	Orbis, Inc.
849)	Orca Funding, LLC
850)	Orchard Island TRC, LLC
851)	Oritani Bank
852)	Osborne Estates, LLC
853)	PA Portfolio Investors, LLC
854)	Pacific Northwest Investments, LLC
855)	Pacific Union Financial, LLC
856)	Pacifica L. Fourteen, LLC

857)    Pacifica L. Nineteen, LLC
858)    Pacifica Loan Pool, LLC
859)    Palisades Collection
860)    Pam Investors
861)    Panasia Estate, Inc.
862)    Paradigm Capital Group
863)    Paragon Federal Credit Union
864)    Parda Federal Credit Union
865)    Park Finance, LLC
866)    Park Point Investors, LLC
867)    Park Tree Investments 9, LLC
868)    Park Tree Investments VI, LLC
869)    Parke Bank
870)    Parker Imperial Association, Inc.
871)    Partners for Payment Relief DE III, LLC
872)    Pascack Community Bank
873)    Patelco Credit Union
874)    Paterson Habitat for Humanity, Inc.
875)    Patriot National Bank
876)    Paul Schwartz Management Corporation
877)    PB Investment Corporation
878)    Peapack Gladstone Bank
879)    Penn Business Credit, LLC
880)    Penn Federal Savings Bank
881)    Penn Street Investors, LLC
882)    Pennsville National Bank
883)    Pennsylvania Business Bank
884)    Pennsylvania State Employees Credit Union
885)    Pennymac Corp.
886)    PennyMac Holdings, LLC
887)    PennyMac Loan Trust 2010-NPL1
888)    Pennymac Loan Trust 2011- NPL1

889)     Pentagon Federal Credit Union

890)     Performance Continuum Management
         Consulting, LLC

891)     Petra Finance, LLC

892)     PHH Mortgage Corporation

893)     Philadelphia Federal Credit Union

894)     PHNJ Capital, LLC

895)     Picatinny Federal Credit Union

896)     PII SAM, LLC

897)     Pingora Loan Servicing, LLC

898)     Pinnacle Federal Credit Union

899)     Plainfield Equities, LLC

900)     Planet Home Lending, LLC

901)     Platnium Capital Parnters

902)     Plaza Home Mortgage Inc.

903)     Plymouth Park Tax Services, LLC

904)     PMAC Lending Services, Inc.

905)     PMT NPL Financing 2014-1

906)     PNC Bank, NA

907)     PNC Mortgage

908)     PNL Jersey Properties, LLC

909)     PNL NEWCO II, LLC

910)     PNMAC Mortgage Co. LLC

911)     PNMAC Mortgage Opportunity Fund Investors,
         LLC

912)     PNPL-SMOF II 2014-TT1 Trust

913)     Policastro Rental Service

914)     Polish & Slavic Federal Credit Union

915)     Polonia Bank

916)     Ponzio's Kingsway Real Estate

917)     Portfolio Recovery Association

918)     Poser Investments, Inc.

919)    Powerhouse First, LLC

920)    Powers Kirn, LLC

921)    Practice Associates

922)    Pramco CV8, LLC

923)    Premier Capital, Inc.

924)    Primewest Mortgage Corporation

925)    Private Capital Group, LLC

926)    PRO Capital Fund I, by its Custodian, US Bank

927)    Probuild Company, LLC

928)    PROF-2013-S3 Legal Title Trust

929)    Progressive Northeastern Insurance Co.

930)    Propel Financial 1, LLC

931)    Property Asset Management, Inc.

932)    Proponent Federal Credit Unionm

933)    Prospect Mortgage, LLC

934)    Providence Corporation

935)    Provident Bank

936)    Provident Funding Associates, LP

937)    Prudential Savings Bank

938)    PSB Funding Corporation

939)    Quantam Servicing, Corp.

940)    Queen's Park Oval Asset Holding Trust

941)    Quicken Loans

942)    Quorum Federal Credit Union

943)    Random Properties Acquisition Corporation III

944)    Raymond James Bank

945)    RBS Citizens Bank, NA

946)    RCN Capital, LLC

947)    Real Bank S.S.B.

948)    Real Estate Asset Trust 2011-2

949)    Real Estate Mortgage Network, Inc.

950)    Red Line Air, LLC

951)     Red Pine Montclair Lender, LLC

952)     Regal Bank

953)     Regency Finance Co.

954)     Regency Nine Association, Inc.

955)     Regions Bank

956)     Regions Mortgage

957)     Reliance Trust Company

958)     Renegade Real Estate Holdings, LLC

959)     REO Properties Corporation

960)     Republic First Bank

961)     Residential Credit Solution, Inc.

962)     Residential Funding Company, LLC

963)     Residential Mortgage Loan Trust

964)     Resmae Mortgage Corporation

965)     Resolution Fund, LLC

966)     Reverse Mortgage Solutions, Inc.

967)     RG Servicing, LLC

968)     Rhodes Enterprises, Inc.

969)     Richard E. Pierson Materials Corporation

970)     RKL Financial Corporation

971)     RMS Residential Properties, LLC

972)     Rockwest, Inc

973)     Roebling Bank

974)     Roma Bank

975)     RomAsia Bank

976)     Rose Land and Finance Corporation

977)     Roselle Savings Bank

978)     Rosemont Properties, LLC

979)     Rosemount Properties, LLC

980)     Roundpoint Mortgage Servicing Corporation

981)     Roxbury Mortgage Co., Inc.

982)     Royal Bank America

983)      Royal Bank of Pennsylvania
984)      Royal Tax Lien Services, LLC
985)      RP Real Estate Investment, LLC
986)      RREF II IB Acquistions, LLC
987)      RREF II IB-NJ, LLC
988)      RREF II-NJ Meadowlands, LLC
989)      RSI Bank
990)      Rushmore Capital Partners, LLC
991)      Rushmore Loan Management Services, LLC
992)      Rutgers Federal Credit Union
993)      S.J. Financial Corp.
994)      S/S + Beyond, LLC
995)      SA Acquisition Property IV, LLC
996)      Sabadell United Bank, N.A.
997)      SABR Mortgage Loan 2008-1 REO Subsidary-1 LLC
998)      Saehan Bank
999)      Safeway Services Inc.
1000)     Sandton Credit Opportunities Fund I, LLC
1001)     Santander Bank
1002)     Sass Muni V, L.L.C
1003)     Savoy Bank
1004)     Saxon Mortgage Services, Inc.
1005)     SB1 Federal Credit Union
1006)     Scerbo Sussex, Inc.
1007)     Schuyler Savings Bank
1008)     Scott Finance Company
1009)     Seaport Pension Advisor, LLC
1010)     Secretary of Veterans Affairs
1011)     Security Atlantic Mortgage Co., Inc.
1012)     Select Portfolio Servicing, Inc.
1013)     Selective Insurance Company of America
1014)     Selene Finance, LP

1015)    Self Reliance (NY) Federal Credit Union

1016)    SelfRelianace Ukranian American Federal Credit

Union

1017)    Seneca Mortgage Servicing, LLC

1018)    Senior Homeowner Assistance Program 2012-1,

Series I

1019)    SESAC Inc.

1020)    SFJV 2005, LLC

1021)    S-G Advisors, LLC

1022)    Shallcross Mortgage Company

1023)    Shanghai Agricultural Industrial Co. and Economic

Trading Co.

1024)    Sharonview Federal Credit Union

1025)    Sheffield Properties, LLC

1026)    Shore Community Bank

1027)    Shore Hospitality Management

1028)    Silver Cloud, LLC

1029)    Singer Financial Corporation

1030)    Siwell Inc. DBA Capital Mortgage Services of

Texas

1031)    Skar Capital, LLC

1032)    Skylands Community Bank

1033)    Slate Capital Partners, LLC

1034)    SLM Financial Corporation

1035)    SmartKid Howell, LLC

1036)    Smith's Shelters Inc.

1037)    SMS Financial XXIX, LLC

1038)    SMS Financial XXVIII, LLC

1039)    SN Commercial, LLC (Alaska)

1040)    Somerset Savings Bank

1041)    Sound Advice & Video, Home Audio & Video

1042)    Sound Community Bank

1043)    South Jersey Federal Credit Union

1044)    South Jersey First Financial, LLC

1045)    South Point Inc.

1046)    South Street Morristown, LLC

1047)    South Trust Mortgage

1048)    Southstar I, LLC

1049)    SouthTrust Mortgage, Wachovia Bank

1050)    Sovereign Bank

1051)    Space Coast Credit Union

1052)    Sparta GP Holding REO Corp.

1053)    SPCP Group IV, LLC

1054)    Specialized Loan Servicing LLC

1055)    Spencer Savings Bank, SLA

1056)    SPF Trust 2013-1

1057)    SPR 2013-10 LLC

1058)    Springleaf Finance Corporation

1059)    Springleaf Financial Services

1060)    SRMOF 2009 -1 Trust

1061)    SRMOF II 2011-1 Trust

1062)    SRP 2015-1 LLC

1063)    St. Edmond's Federal Savings Bank

1064)    Stablis Performing Loan Fund I, LP

1065)    Stagecoach Enterprises, LLC

1066)    State Farm Bank, FSB

1067)    State Resources Corp.

1068)    Steadfast Funding, LLC

1069)    Steamboat Realty

1070)    Stearns Bank National Association

1071)    Stearns Lending, Inc.

1072)    Steel Capital Steel, LLC

1073)    Steel Mountain Capital I, LLC

1074)    Sterling National Bank

1075)    Stockton Land Company, LLC

1076)    Stonebridge Bank

1077)    Stonecrest Income and Opporunity Fund-I

1078)    Stonefield Investment Fund I, LLC

1079)    Stonegate Mortgage Company

1080)    Stonegate, H.O.A. Inc.

1081)    Stonehenge Properties, LLC

1082)    Stout Street Fund I, LP

1083)    Structed Asset Securities Corporation

1084)    Sturdy Savings Bank

1085)    Suburban Agency Inc.

1086)    Suburban Holdings, LLC

1087)    Sugarloaf VII, LLC

1088)    Summerlin Asset Management V Trust

1089)    Summitbridge Credit Investments IV, LLC

1090)    SummitBridge National Investments II, LLC

1091)    Sun East Federal Credit Union

1092)    Sun National Bank

1093)    Sun Trust Mortgage, Inc.

1094)    Sun West Mortgage Company, Inc.

1095)    Sunshine State Certificates IV, LLC

1096)    Suntrust Mortgage, Inc.

1097)    Surplus, Inc.

1098)    Susquehanna Bank

1099)    Sussex Bank

1100)    Sussex Servicing, LLC

1101)    Sutton Funding, LLC

1102)    SW Linear Investment Group. LLC

1103)    Swift Electrical Supply Co., Inc.

1104)    Tahmed, LLC

1105)    Tall Bridge Asset Backed Fund, L.P.

1106)    Taylor Bean & Whitaker Mortgage Corporation

1107)    Tayside Trading LTD

1108)    TBF Financial, LLC

1109)    TCIF REO GCM, LLC

1110)    TD Bank North, N.A.

1111)    TD Bank, NA

1112)    Team Capital Bank

1113)    TEB Associates, Inc.

1114)    Terrestria Association, Inc.

1115)    Thayer Properties, Inc.

1116)    The Bank (successor by merger to Woodstown
         National Bank)

1117)    The Bank of New York Mellon Corporation

1118)    The Bank of New York Trust Company, N.A.

1119)    The Bank of Princeton

1120)    The Bank, successor by way of merger to
         Woodstown National Bank

1121)    The Berger Organization, LLC

1122)    The Bryn Mawr Trust Company

1123)    The Buckingham at Norwood

1124)    The Community Preservation Corporation

1125)    The Daily Journal

1126)    The Dime Savings Bank of Williamsburgh

1127)    The First National Bank of Elmer

1128)    The Hampshire Generational Fund, LLC

1129)    The Home Guardian Trust

1130)    The Mobile Group, Inc.

1131)    The Money Source, Inc.

1132)    The Park Avenue Bank

1133)    The Smoke Rise Club, Inc.

1134)    The Standoff, LLC

1135)    The Travelers Indemnity Company

1136)    The Trustees of Princeton University

1137)   Third Federal Bank

1138)   Third Federal Savings and Loan Association of
        Cleveland

1139)   Thomas Reese and Lloyd Reese

1140)   Thornburg Mortgage Home Loans, Inc.

1141)   Thornburg Mortgage Securities Trust 2006

1142)   Thread Union City, LLC

1143)   Thrift Institutions Community Investment
        Corporation

1144)   Thrivent Federal Credit Union

1145)   Thrivent Financial Bank

1146)   Thunderbolt Area Federal Credit Union

1147)   TICIC, Inc.

1148)   Ticor Title Insurance Company

1149)   Tiger Realty Corp.

1150)   Tissa Funding Corp. And LZG Realty

1151)   TLR-V, LLC

1152)   Tobar Inc. (The Whitman Companies, Inc.)

1153)   Tolis Corporation

1154)   Tower Fund Services as Custodian

1155)   TRB Plainfield, LLC

1156)   Treadwell Investment Co., LLC

1157)   Tribeca Lending Corporation

1158)   Trico Equipment, Inc.

1159)   Tri-Co Federal Credit Union

1160)   Trimark Building Contractors, Inc.

1161)   Trinity Financial Group, LLC

1162)   TRIPOF, Inc.

1163)   Tri-State Realty, LLC

1164)   Triumph Savings Bank, SSB

1165)   Tropicana Atlantic City Corp.

1166)   TRUCAP Grantor Trust 2010-2

1167)    Trumark Financial Credit Union

1168)    Tuckerton Mortgage Investors, LLC

1169)    Turnpike Porfolio Acquistion, LLC

1170)    Tuthill Finance, LP

1171)    Two River Community Bank

1172)    U.S. Bank Cust for Pro Capital I, LLC

1173)    U.S. Bankers Trust, N.A.

1174)    U.S. ROF III Legal Title 2015-1, by U.S. Bank

1175)    UBS Real Estate Securities, Inc.

1176)    UFCW Local 1776 Federal Credit Union

1177)    Ukranian National Federal Credit Union

1178)    UMB Bank, N.A.

1179)    Unifund CCR Partners

1180)    Union Center National Bank

1181)    Union County Savings Bank

1182)    United Central Bank

1183)    United Midwest Savings Bank

1184)    United Nations Federal Credit Union

1185)    United Poles Federal Credit Union

1186)    United Real Estate, LLC

1187)    United Roosevelt Savings Bank

1188)    United Security Financial

1189)    United Teletech Financial Federal Credit Union

1190)    Unity Bank

1191)    Unity Investments Services, Inc.

1192)    Unity Nick, Inc.

1193)    Univest Bank and Trust CO.

1194)    Upper Darby BellTelco Federal credit Union

1195)    UPS Capital Business Credit

1196)    Urban Financial Group, Inc.

1197)    Urban Financial of America, LLC

1198)    Urban Trust Bank

1199)    US Acquistion Property XXIX, LLC

1200)    US Alliance Federal Credit Union

1201)    US Bank Cust for Crestar Cap, LLC

1202)    US Bank Cust For Tower DBW

1203)    US Bank, NA

1204)    US Bank, NA as Trustee

1205)    US BK Cust for Crestar Cap, LLC

1206)    US Holdings, LLC

1207)    USA Financial Services, LLC

1208)    USAA Federal Savings Bank

1209)    USBKCUST/ EMPIRETAXFUND

1210)    USROF III Legal Title Trust 2015-1

1211)    Utilities Employees Credit Union

1212)    Valley National Bank

1213)    Vanderbilt Mortgage and Finance Inc.

1214)    Velocity Commercial Capital, LLC

1215)    Ventures Trust 2013 I-H-R by MCM Capital

1216)    Vericrest Opportunity Loan Trust 2011-NPL2

1217)    Vernon Valey Resort Hotel Section of Stone Hill

1218)    VFC Partners 25, LLC

1219)    Victoria Mews Assisted Living Community of
Booton Township, LLC

1220)    Victory State Bank

1221)    Village Capital & Investment, LLC

1222)    Virgo Municipal Finance Fund, LP

1223)    Visions Federal Credit Union

1224)    Visit Bank

1225)    Vist Financial

1226)    VNB Mortgage Services, Inc.

1227)    VNB New York Corp.

1228)    Volt 2012-NPL1 Asset Holdings Trust

1229)    Volt Asset Holdings NPL3

1230)    Wachovia Bank, as Trustee

1231)    Wachovia Commercial Mortgage, Inc.

1232)    Wachovia Mortgage Corporation

1233)    Walden Community Association, Inc.

1234)    Walden Village II Homeowners Association, Inc.

1235)    Wall Street Mortgage Bankers, LTD

1236)    Wall Street Mortgage, Inc.

1237)    Walter Mortgage Company

1238)    Washington First Bank

1239)    Washington Mutual Bank

1240)    Waterfall Victoria Depositor II, LLC

1241)    Waterfall Victoria Master Fund, LTD

1242)    WAWEL Bank

1243)    Wayne Bank fka North Penn Bank

1244)    WBTM, Inc.

1245)    Webster Bank, N.A.

1246)    Weichert Financial Services

1247)    Wells Fargo Bank West, NA

1248)    Wells Fargo Home Mortgage

1249)    Wendover Financial Services

1250)    West Coast Servicing, Inc.

1251)    West End Trust 2012-1

1252)    Western Federal Credit Union

1253)    Westvue NPL Trust II

1254)    Wexford/HPC Mortgage Fund, L.P.

1255)    White Rock Funding, LLC

1256)    William Penn Bank, FSB

1257)    Wilmington Finance, Inc.

1258)    Wilmington Savings Society

1259)    Wilmington Trust, NA

1260)    Wilshire Bank

1261)    Wilshire Credit Corporation

1262)    Winston Capital, LLC

1263)    WM Specialty Mortgage, LLC

1264)    WMC Mortgage Corporation

1265)    WMRE, LLC

1266)    Woori American Bank

1267)    World Savings Bank, FSB

1268)    Worldwide Asset Purchasing II, LLC

1269)    Worldwide Investors, LLC

1270)    WPM Investments, LLC

1271)    WVMF Funding, LLC

1272)    XCEED Financial Federal Credit Union

1273)    X-Cel Federal Credit Union

1274)    Yank Marine Services, LLC

1275)    Yellowbook Sales & Distribution Co.

1276)    Yeshiva Keter Torah, Inc.

1277)    Yoko Finance, LLC

1278)    Yorktown Funding, Inc.

1279)    Zenith RE I Investment, LLC

1280)    Zichon Kidosin Free Loan Fund

1281)    Zions First National Bank

1282)    ZLP Holding Company, LLC